**2002–0678. Disciplinary Counsel v. Sims.**

IT IS ORDERED by this court, sua sponte, that David Scott Sims, Attorney Registration No. 0039168, last known business address in Newark, Ohio, be found in contempt for failure to comply with this court's order of October 2, 2002, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before November 1, 2002.

**2002–0681. Cuyahoga Cty. Bar Assn. v. Judge.**

IT IS ORDERED by this court, sua sponte, that Thomas J. Judge, Attorney Registration No. 0024839, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of October 2, 2002, to wit, failure to file an affidavit of compliance on or before November 1, 2002.

**2002–1476. In re Blake.**

IT IS ORDERED by this court, sua sponte, that Wilton E. Blake, Attorney Registration No. 0061255, last known business address in Cincinnati, Ohio, be found in contempt for failure to comply with this court's order of September 27, 2002, to wit, failure to file an affidavit of compliance on or before October 28, 2002.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0171. State ex rel. Maloney v. Sherlock.**
In Mandamus.

**2003–0172. State ex rel. Dellick v. Sherlock.**
In Mandamus.

[Cite as *03/04/2003 Case Announcements,* 2003-Ohio-935.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*March 4, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0925. State v. Lucas.**

Licking App. No. 01CA00100, 2002-Ohio-2514. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Licking County. Upon consideration of the motion of amici curiae, Ohio NOW Education and Legal Fund, Ohio Domestic Violence Network, and Action Ohio Coalition for Battered Women, for leave to participate in oral argument scheduled for March 12, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amici curiae shall share the time allotted to appellant.

**2002–1515. Haley v. Wilson.**

Summit App. No. 20967, 2002-Ohio-3987. This cause came on for further consideration upon appellee's filing of a bill and documentation of attorney fees. Upon consideration thereof,

IT IS ORDERED by the court that the bill and documentation be, and hereby are, denied as being excessive.

IT IS FURTHER ORDERED that appellee be granted leave to file a new bill and documentation within 20 days of the date of this entry. Appellee's bill and documentation shall be limited to only those matters that were the subject of the motion for sanctions for frivolous action.

COOK, J., dissents.

IT IS FURTHER ORDERED by the court that appellant may file objections to appellee's documentation within 10 days of the filing of the documentation; appellee may file a reply to appellant's objections, if any, within 5 days of the filing of the objections.

COOK, J., dissents.